IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA EIKLENBORG, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> BRACHFELD LAW GROUP, P.C., <br><br> Defendant. | Civil Action File No. <br> 1:13-cv-01437 |

## CONSENT JUDGMENT

This matter is before the Court on the consent of all parties to the entry of judgment against Defendant, Brachfeld Law Group, P.C., in the above referenced action. The Court has been advised by Defendant of Defendant's consent to the entry of judgment under the terms identified herein. Plaintiff submits this judgment to the Court with the consent of Defendant and asks the Court to enter same. The judgment concludes all claims asserted in Plaintiff's Complaint. Upon review of the file and other good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have a judgment against Defendant for the sum of Eighteen Thousand Dollars ($18,000.00) for all claims asserted in Plaintiff's Complaint including all relief sought by Plaintiff against Defendant.

So Ordered this _____ day of _____, 2013.

 

_____
Judge, U.S. District Court
Northern District of Illinois

Consented to by:

*/s/ Erica Brachfeld*
_____
Erica L. Brachfeld
Brachfeld Law Group, P.C.

Consented to by:

*/s/ Debra Eiklenborg*
_____
Debra Eiklenborg